UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMEKA HINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-01517-CAS |
| vs. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

# *NOTICE OF SETTLEMENT*

Plaintiff Tomeka Hinton and defendant Central Credit Services, LLC have reached a settlement agreement in this action and are now finalizing settlement documentation. Plaintiff will move for dismissal upon completion of settlement.

> /s/Michael S. Hamlin
> Michael S. Hamlin   #52972MO
> PITZER SNODGRASS, P.C.
> Attorney for Defendant
> 100 South Fourth Street, Suite 400
> St. Louis, Missouri 63102-1821
> (314) 421-5545
> (314) 421-3144 (Fax)
> Email: hamlin@pspclaw.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 25th day of May, 2017:

    Mr. Richard A. Voytas, Jr.
    Mr. Nathan E. Ross
    Ross & Voytas, LLC
    16024 Manchester Road, Suite 102
    Ellisville, Missouri 63011
    *Attorneys for Plaintiff*

> /s/Michael S. Hamlin