UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMEKA HINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-01517-CAS |
| vs. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## *STIPULATION FOR DISMISSAL*

It is hereby stipulated, by and between plaintiff Tomeka Hinton and defendant Central Credit Services, LLC, that all claims and causes of action shall be dismissed with prejudice with each party to bear their own court costs.

/s/Richard A. Voytas
Richard A. Voytas   #52046MO
ROSS & VOYTAS, LLC
Attorney for Plaintiff
16024 Manchester Road, Suite 102
Ellisville, Missouri 63011
(636) 594-2266
(636) 333-1212 (Fax)

/s/Michael S. Hamlin
Michael S. Hamlin   #52972MO
PITZER SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: hamlin@pspclaw.com